UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00324-FDW-SCR

| | |
|---|---|
| DENIKIA HAGGINS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BRINK'S INCORPORATED, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. In a previous Order, the Court directed Plaintiff to show cause by September 10, 2024, why service was not completed within 90 days after the Complaint was filed as required by Federal Rule of Civil Procedure 4(m). (Doc. No. 2). In the alternative, if Defendant was timely served, the Court ordered Plaintiff to provide an affidavit of service within that time and an appropriate motion for entry of default under the Federal Rules of Civil Procedure. (Id.).

On September 10, 2024, Plaintiff responded to the Court's Order, conceding that she failed to serve the summons in this matter, stating that she is instead "pursu[ing] alternative claims" against Defendant in another lawsuit already filed in the Western District of North Carolina, and requesting that the Court dismiss this matter without prejudice. (Doc. No. 3, p. 1).

The Court construes this response as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

1

**IT IS THEREFORE ORDERED** that this matter is dismissed without prejudice. The Clerk is respectfully DIRECTED to CLOSE THIS CASE.

**IT IS SO ORDERED.**

Signed: September 17, 2024

Frank D. Whitney
United States District Judge